# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JIMMY TOBIAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BUREAU OF LAND MANAGEMENT,** | ) |
| 1849 C Street NW, | ) |
| Washington, D.C. 20240 | ) |
| | ) |
| **THE U.S. DEPARTMENT OF INTERIOR,** | ) |
| 1849 C Street NW, | ) |
| Washington, D.C. 20240 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1. Plaintiff JIMMY TOBIAS brings this suit to force Defendants BUREAU OF LAND MANAGEMENT and THE U.S. DEPARTMENT OF INTERIOR to conduct a reasonable search, issue a determination, and produce data regarding billing records for permittees on grazing lands.

## PARTIES

2. Plaintiff JIMMY TOBIAS is an independent reporter who has written for The Guardian and The Nation, among other media outlets, and is the FOIA requester in this case.

3. Defendant BUREAU OF LAND MANAGEMENT is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant THE U.S. DEPARTMENT OF INTERIOR is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOI is the parent agency of BLM.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 3, 2025 FOIA REQUEST TO BLM

7. On March 3, 2025, TOBIAS submitted a FOIA request to BLM for the following records:

> The Bureau of Land Management's database of billing records for all permittees on Bureau of Land Management grazing lands across all state office in Grazing Fee Year 2024, which extended from March 1, 2024, through February 28, 2025. I am requesting that this database be sent in a machine-readable, tabular format such as Excel or CSV. I also seek the user guide, user manual, or data dictionary that explains the column heads and other nomenclature in the requested database.

8. A true and correct copy of the original FOIA request, along with subsequent correspondence, is included in Exhibit 1.

9. On March 3, 2025, BLM acknowledged receipt of the FOIA request and assigned reference number DOI-2025-004358 to the matter. *Id*.

10. On March 26, 2025, Plaintiff sent a follow-up message to BLM seeking an estimated date of completion for the request.

11. A true and correct copy of the correspondence is attached as Exhibit 2.

12. BLM did not respond to Plaintiff's request for an estimated date of completion.

13. BLM did not send any further correspondence to Plaintiff regarding this request.

14. As of the date of this filing, BLM has not issued a determination on Plaintiff's request.

15. As of the date of this filing, BLM has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – BLM'S FOIA VIOLATION

16. The above paragraphs are incorporated by reference.

17. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

18. Defendant BLM is a federal agency subject to FOIA.

19. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

20. Defendant BLM has failed to conduct a reasonable search for records responsive to the request.

21. Defendant BLM has failed to issue a determination within the statutory deadline.

22. Defendant BLM has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: April 2, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
JIMMY TOBIAS

- 4 -

    Matthew Topic, D.C. Bar No. IL0037
    Stephen Stich Match, D.C. Bar No. MA0044
    Merrick Wayne, D.C. Bar No. IL0058
    LOEVY & LOEVY
    311 North Aberdeen, 3rd Floor
    Chicago, IL 60607
    312-243-5900
    foia@loevy.com